Decided June 9, 1999

## STATE OF CONNECTICUT *v.* KERRI LYNN PATAVINO

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 604 (AC 16602), is denied.

*H. Jeffrey Beck,* in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided June 16, 1999